574

396 A.2d 53

Commonwealth v. Charles Thomas, Jr., Appellant.

Submitted March 13, 1978.
Marilyn C. Zilli, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 54

Commonwealth v. Edward Thomas, Appellant.

Submitted March 29, 1978. Lawrence J. Brenner, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Order affirmed.

CERCONE, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.